# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN HOLDINGS, LLC., <br><br>Plaintiff, <br><br>vs. <br><br>METABOLIC RESEARCH, INC., *et al.*, <br><br>Defendants. | Case No.:   3:13-CV-00440-RCJ-WGC <br><br>**ORDER AMENDING MINUTE ORDER [ECF #42] RESCHEDULING HEARING TO FEBRUARY 13, 2014** |

**MINUTE ORDER IN CHAMBERS**

Due to the court's heavy trial calendar, it is necessary to reschedule this matter as follows:

IT IS HEREBY ORDERED that the Damages Hearing currently set for 09:00 A.M., on Thursday, February 6, 2014, (#42), is VACATED.

IT IS HEREBY ORDERED that the Damages Hearing is RESCHEDULED to 09:00 A.M., Thursday, February 13, 2014, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 23rd day of January, 2014.

_____
ROBERT C. JONES
District Judge