ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRRLaw.com
W. WEST ALLEN
Nevada Bar No. 5566
WAllen@LRRLaw.com
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
MKotchka-Alanes@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.949.8200
702.949.8398 (fax)

JASON M. KERR
Nevada Bar No. 7773
PRICE PARKINSON & KERR, PLLC
5742 Harold Gatty Drive
Salt Lake City, Utah 84116
Telephone: (801) 530-2900
Facsimile: (801) 530-2957

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>METABOLIC RESEARCH, INC., a Nevada corporation, and DAVID P. SUMMERS, an individual,<br><br>Defendant. | Case No. 3:13-cv-00440-RCJ-WGC<br><br>**[PROPOSED] DEFAULT JUDGMENT ORDER ASSESSING DAMAGES AGAINST DEFENDANT METABOLIC RESEARCH, INC.** |

Plaintiff Western Holdings, LLC ("Western") having filed an application for entry of default judgment against Defendant Metabolic Research, Inc. ("Metabolic") pursuant to Rule 55 of the Federal Rules of Civil Procedure; the Clerk of the Court having entered Default against Metabolic on November 13, 2013; this Court having granted Western's motion for default

-1-

4974495_1

1 judgment against Metabolic on November 26, 2013; and this Court having held a damages
2 hearing to assess the damages Metabolic owes to Western on September 26, 2014, it is therefore
3 ORDERED, ADJUDGED, and DECREED that

4. 1. Metabolic is liable to Western for infringement of U.S. Patent No. 7,074, 812 ("the
5. '812 Patent").
6. 2. Specifically, Metabolic's sales of the product Stemulite infringed Western's exclusive
7. licensing rights to use the technology claimed in the '812 Patent.
8. 3. Metabolic is therefore liable to Western in the amount of a reasonable royalty rate
9. applied to Metabolic's sales of the infringing product Stemulite.
10. 4. Based on Western's exclusive license agreement with the original licensor, 10 percent
11. is a reasonable royalty rate.
12. 5. SEC filings indicate that Metabolic's sales of Stemulite from 2007 to 2010 resulted in
13. revenue generation of $9,293,698.
14. 6. Accordingly, Metabolic shall pay Western 10 percent of $9,293,698 as a royalty, in
15. the sum of $929,369.80.
16. 7. Metabolic may also be assessed Western's reasonable attorneys' fees and costs, to be
17. determined upon the filing of a motion by Western within 30 days of this Order.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2014

Respectfully submitted:

*/s/ W. West Allen*
W. WEST ALLEN
Nevada Bar No. 5566
WAllen@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
702.949.8200
702.949.8398 (facsimile)

4974495_1