UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WESTERN HOLDINGS, LLC, | ) | 3:13-cv-00440-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | March 25, 2015 |
| | ) | |
| METABOLIC RESEARCH, INC. and DAVID P. SUMMERS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden  </u>   REPORTER:   <u>              FTR              </u>

COUNSEL FOR PLAINTIFF:   <u>  Christopher B. Sullivan (Telephonically)           </u>

COUNSEL FOR DEFENDANTS:   <u>  Chad Clement (Telephonically)                         </u>

**MINUTES OF PROCEEDINGS: Telephonic Status Conference**

3:06 p.m.  Court convenes.

The court holds today's status conference to address the parties' Stipulation to Amend Rule 26 Discovery Plan and Scheduling Order (Doc. # 91).

The court requests counsel to clarify what deadlines are being proposed to extend.  Counsel explains fact discovery is complete and it is the intention of the parties only to seek additional time regarding expert discovery, which would also necessarily include the deadline to file dispositive motion(s) and the joint pretrial order deadline.  The court is advised that the hearing regarding claim construction and damages was held (Doc. # 71) and an order (Doc. # 69) was entered on September 26, 2014.  The basis for the extension of the deadline to complete expert discovery is due to extenuating health issues involving one of the parties' experts.  The court finds the explanation for the requested extension justifies the parties' stipulation.

Good cause showing, the court **APPROVES** the parties' request to extend the deadlines set forth in paragraphs F, G and H identified in the Stipulation to Amend Rule 26 Discovery Plan and Scheduling Order (Doc. # 91).  The deadlines are therefore revised as follows:

Minutes of Proceedings
3:13-cv-00440-RCJ-WGC
March 25, 2015

        Close of expert discovery:  June 5, 2015;

        Dispositive motions and/or *Daubert* motions: September 4, 2015;

        Joint Pretrial Order: October 2, 2015, unless, in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

    The parties are cautioned the court will not likely approve any further requests for extensions of time absent extraordinary circumstances.

**IT IS SO ORDERED**.

3:30 p.m.  Court adjourns.

                                           LANCE S. WILSON, CLERK

                                           By: _____/s/_____
                                                   Katie Lynn Ogden, Deputy Clerk